DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TRAVIS LEE SLADE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2280

[January 19, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank Ledee, Judge; L.T. Case No. 15-013139CF10A.

Travis Lee Slade, Avon Park, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***